UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMAN TYMCHUK,<br>Plaintiff,<br>v.<br>UNITED FINANCIAL CASUALTY COMPANY,<br>Defendant. | C26-2939 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On review of Defendant's status report, docket no. 14, the Court STRIKES the report and DIRECTS the parties to meet, confer, and file a Joint Status Report by November 16, 2026.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk